**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**UNITED STATES OF AMERICA,**

v.                                                                                                                            Case No. 2:20-cr-11

**TAMARA LATISHA HOWELL,**

**Defendant.**

## ORDER

On May 20, 2020, the Court conducted a plea colloquy pursuant to Rule 11 of the Federal Rules of Criminal Procedure.[1] Representing the United States was Assistant United States Attorney Andrew Bosse ("the Government"), and Mr. William Holmes represented the Defendant Tamara Latisha Howell ("the Defendant"). Pursuant to a written plea agreement, the Defendant agreed to plead guilty to Count One of an Indictment – Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute 50 grams or more of Methamphetamine and 500 Grams or More of a Mixture and Substance Containing a Detectible Amount of Methamphetamine, in violation of 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A).

As this Court has previously ruled, a United States Magistrate Judge who conducts a hearing pursuant to Federal Rule of Criminal Procedure 11 and accepts a defendant's guilty plea to one of several enumerated offenses, including Count One, is required under 18 U.S.C. § 3143(a)(2) to order the defendant's immediate detention. *United States v. McGrann*, 927 F. Supp. 2d 279, 281 (E.D. Va. 2013). Thus, the undersigned United States Magistrate Judge, after

---

[1] Pursuant to the General Orders 2020-09, 2020-07 and 2020-03 in Case No. 2:20mc7, § 15002(b)(2) of the CARES Act, H.R. 748, 116th Congress (2020), and with Defendant's consent, the plea hearing was conducted remotely by video conferencing.

accepting Defendant's guilty plea, **ORDERS** she be detained pursuant to 18 U.S.C. § 3143(a)(2) until sentencing.

However, the Defendant moved to stay this Court's Order to appeal the detention to the District Judge. The Government did not oppose her request for a stay. Both the Government and Defendant represented that continuation of the Defendant on bond was in the interests of justice in order to permit her to fulfill her obligations under the plea agreement. In addition, according to the Probation Officer's status report, the Defendant has been in full compliance with all of the conditions of her bond, and was also compliant with the conditions of a state court bond granted September 2019. The Court notes that Defendant has only one prior felony criminal conviction, for a nonviolent and non-drug offense. After hearing argument from the Defendant and the Government, and for the reasons stated on the record, the Defendant's Motion to Stay is **GRANTED** and the Court will stay its ruling until **Friday, May 22, 2020** for the Defendant to appeal the undersigned's Detention Order to the District Judge pursuant to 18 U.S.C. § 3145(b). If the Defendant notes her appeal within that time, then the stay will remain in effect until the District Judge addresses the appeal.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record and the U.S. Probation Office.

It is so **ORDERED**.

LAWRENCE R. LEONARD
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
May 20, 2020