IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 2:20-cr-11-JAG-5

TAMARA LATISHA HOWELL,
       Defendant.

## ORDER

This matter comes before the Court on the defendant's motion to appeal Magistrate Judge Lawrence R. Leonard's detention order. (Dk. No. 55.) The Court held a hearing on the motion on June 26, 2020. For the reasons stated from the bench, the Court DENIES the motion. Accordingly, Magistrate Judge Leonard's detention order (Dk. No. 54) is affirmed. The Court REMANDS the defendant to the custody of the United States Marshals.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 29 June 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge