IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                              Criminal No: 2:20cr11

TAMARA LATISHA HOWELL

        Defendant

ORDER

This day came Richard H. Doummar, and moved that he be substituted as

counsel for the defendant, and that court appointed counsel, William J. Holmes, be

relieved as Counsel for the defendant, the defendant having retained Richard H.

Doummar, 1397 Laskin Road, Virginia Beach, Virginia 23451, as counsel and Richard

H. Doummar having filed a Notice of Attorney Appearance on behalf of Ms. Howell.

Having considered the Motion, the Court GRANTS the motion, relieves William J.

Holmes, and substitutes Richard H. Doummar as Counsel of Record in his place.

The Clerk is DIRECTED to send a copy of this order to William J. Holmes,

to Richard H. Doummar, counsel for the Defendant, the Defendant, and the United

States Attorney.

It is so ORDERED.                                    /s/
                                              _____
                                              John A. Gibney, Jr.
                                              United States District Judge
                                              UNITED STATES JUDGE DISTRICT COURT

Norfolk, Virginia
August ____, 2020