## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**FERNANDO GALINDO**
CLERK OF COURT

**MARK S. DAVIS**
CHIEF JUDGE

April 5, 2022

Andrew Bosse
U.S. Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, VA  23510

      Re:    **Release of Exhibits:  USA v. Tamara Latisha Howell**
              **Criminal Number:  2:20cr11**

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to Government Counsel:

Exhibits from motion hearing on 6/26/2020

Please acknowledge receipt of same on the attached copy of this letter within ten (10) days from the above date.

                                          FERNANDO GALINDO, Clerk of Court

                                          BY: _____/s/_____
                                                J. Hiemer, Deputy Clerk

_[signature]_
(Signature of AUSA)

4/6/22
**Date Exhibits Received**